JONES et al. Individually, and as the SCHOOL BOARD OF BATH INDEPENDENT SCHOOL DISTRICT, Appellants
v.
LARSON et al., Respondents

(145 N.W.2d 337)

(File No. 10301. Opinion filed October 5, 1966)

**Morris Myers,** Aberdeen, for plaintiffs and appellants.

**M. O. Ronayne, Lloyd C. Richardson, Jr., Charles Gorsuch,** Aberdeen, for defendants and respondents.

PER CURIAM.

The appeal in the above matter was perfected on November 5, 1965. More than forty days have elapsed since that date and the record therein has not been settled. Pursuant to SDC 1960 Supp. 33.0741 the appeal is deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.